UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

LUCINDA RAMIREZ,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendant.

Case No. 15-cv-02988-LB

**JUDGMENT**

On March 31, 2017, the court granted the plaintiff's motion for summary judgment and denied the defendant's cross-motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby ENTERS judgment in favor of the plaintiff and against the defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 31, 2017

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT (No. 15-cv-02988-LB)